**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Xiotech Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Doug Ramsdell and EMC Corporation,<br><br>        Defendants. | Case No. CV-05-2810-MJD-AJB |

## ORDER FOR DISMISSAL WITH PREJUDICE

    IT IS HEREBY ORDERED, pursuant to the Stipulation filed by the parties through their respective counsel, that Plaintiff's lawsuit is dismissed in its entirety, with prejudice and without costs or disbursements to any party. Let judgment of dismissal with prejudice be entered accordingly.

Dated: July 12, 2006                          s / Michael J. Davis
                                                          The Honorable Michael J. Davis
                                                          United States District Court Judge